MAHON *v.* TRABER and Another.

The law authorizing judgment without relief upon a class of contracts, is constitutional.

APPEAL from the *Huntington* Court of Common Pleas.

*Per Curiam.*— Suit on note. Judgment by default. The judgment was without relief. The case was not put in a state below to show error on appeal.

It is said the law authorizing judgment without relief, upon a class of contracts, is special and unconstitutional.

May Term,  We do not think so. It is a general, uniform law, operat-
1860.  ing upon all persons, throughout the entire state alike, so

MITCHELL.  far as relates to a defined class of contracts. We think
v.
DIBBLE.  that is a general law. See *Reed* v. *The State*, 12 Ind. R.
641.

The judgment is affirmed with 5 per cent. damages and costs.

*J. R. Coffroth* and *L. P. Milligan*, for the appellant.

*W. H. Coombs*, for the appellees.